1
2
3
4
5
6

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| | |
|---|---|
| PUGET SOUND ELECTRICAL WORKERS HEALTH AND WELFARE TRUST (INCLUDES VACATION ALLOWANCE); PUGET SOUND ELECTRICAL WORKERS PENSION TRUST; PUGET SOUND ELECTRICAL JOINT APPRENTICESHIP AND TRAINING TRUST; NATIONAL ELECTRICAL BENEFIT FUND and LABOR MANAGEMENT COOPERATION TRUST, <br><br>    Plaintiffs, <br>    v. <br><br> KAREN A. KAMERER and JOHN DOE KAMERER, wife and husband, and the marital community comprised thereof, d/b/a HEYZ ELECTRIC, <br><br>    Defendants, <br><br> COLUMBIA STATE BANK, <br><br>    Garnishee. | Cause No.   15-mc-5025 BHS <br><br> ORDER TO ISSUE WRIT OF GARNISHMENT |

This matter comes before the Court on the plaintiff Trust Funds' application for writ of garnishment on property in which the judgment debtors, Karen A. Kamerer and John Doe Kamerer, d/b/a Heyz Electric, are believed to have substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee,

ORDER TO ISSUE WRIT OF GARNISHMENT – 1

EKMAN THULIN, P.S.
ATTORNEYS AT LAW
220 WEST MERCER STREET, SUITE 400
SEATTLE, WASHINGTON 98119-3966
(206) 282-8221

1 | Columbia State Bank.  The Court having reviewed the application, proposed writ of
2 | garnishment, as well as the court files and records in this matter, hereby ORDERS:
3 |     1.    The Clerk of the Court shall issue the Writ of Garnishment as
4 |         submitted by plaintiffs' counsel on June 22, 2015.
5 | Dated this ____ day of June 2015.

*[signature]*

United States District Judge

ORDER TO ISSUE WRIT OF GARNISHMENT – 2

EKMAN THULIN, P.S.
ATTORNEYS AT LAW
220 WEST MERCER STREET, SUITE 400
SEATTLE, WASHINGTON 98119-3966
(206) 282-8221